1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  STONEWALL TOWERY,              )  Civil No. C07-04037 SI
                                   )
15           Plaintiff,            )
                                   )
16                                 )
    v.                             )  STIPULATION AND ORDER
17                                 )
                                   )
18  MICHAEL J. ASTRUE,             )
    Commissioner, Social Security  )
19  Administration,                )
                                   )
20                                 )
             Defendant.            )
21  _____)

22

23         Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

24  Plaintiff shall have a first extension of time of (30) days up through and including Monday,

25  January 21, 2008 in which to e-file his Motion for Summary Judgment.  This extension is

26  necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this

27  court (16) in and around this time period.

28

                                        1
STIPULATION AND ORDER

1
2
3       SCOTT N. SCHOOLS
        United States Attorney
4
5
  Dated: December 18, 2007        /s/
6                                 JAIME PRECIADO
                                  Special Assistant U.S. Attorney
7
8
9
10
  Dated: December 18, 2007        /s/
11                                HARVEY P. SACKETT
                                  Attorney for Plaintiff
12                                STONEWALL TOWERY
13
14  IT IS SO ORDERED.
15
16  Dated:                        _____
                                  [signature: Susan Illston]
17                                HON. JUDGE SUSAN ILLSTON
                                  United States District Judge
18
19
20
21
22
23
24
25
26
27
28

2

STIPULATION AND ORDER