HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STONEWALL TOWERY, ) | Civil No. C07-04037 SI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, January 21, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (16) in and around this time period.

STIPULATION AND ORDER

1

SCOTT N. SCHOOLS
United States Attorney

Dated: December 18, 2007       /s/
JAIME PRECIADO
Special Assistant U.S. Attorney

Dated: December 18, 2007       /s/
HARVEY P. SACKETT
Attorney for Plaintiff
STONEWALL TOWERY

IT IS SO ORDERED.

Dated:
HON. JUDGE SUSAN ILLSTON
United States District Judge

2

STIPULATION AND ORDER