HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| STONEWALL TOWERY, | ) | Civil No. C07-04037 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　　Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Wednesday, February 20, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (15) in and around this time period.

1

STIPULATION AND ORDER

1
2
3                                          SCOTT N. SCHOOLS
                                           United States Attorney
4
5
   Dated: January 18, 2008                 /s/
6                                          JAIME PRECIADO
7                                          Special Assistant U.S. Attorney
8
9
10
   Dated: January 18, 2008                 /s/
11                                         HARVEY P. SACKETT
                                           Attorney for Plaintiff
12                                         STONEWALL TOWERY
13
14   IT IS SO ORDERED.
15
16   Dated:
17                                         HON. JUDGE SUSAN ILLSTON
                                           United States District Judge
18
19
20
21
22
23
24
25
26
27
28

                                    2
   STIPULATION AND ORDER