1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  STONEWALL TOWERY,              )  Civil No. C07-04037 SI
                                   )
15            Plaintiff,           )
                                   )
16                                 )
    v.                             )  STIPULATION AND ORDER
17                                 )
                                   )
18  MICHAEL J. ASTRUE,             )
    Commissioner, Social Security  )
19  Administration,                )
                                   )
20                                 )
              Defendant.           )
21  _____)

22

23      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

24  Plaintiff shall have a third extension of time of (14) days up through and including

25  Wednesday, March 5, 2008 in which to e-file his Motion for Summary Judgment.  This

26  extension is necessitated by the number of other cases Plaintiff's counsel currently needs to

27  brief for this court (15) in and around this time period.

28

                                         1
STIPULATION AND ORDER

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | |
| 5 | | |
| 6 | Dated: February 19, 2008 | /s/<br>JAIME PRECIADO<br>Special Assistant U.S. Attorney |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Dated: February 19, 2008 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>STONEWALL TOWERY |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | IT IS SO ORDERED. | |
| 15 | | |
| 16 | Dated: | *[signature: Susan Illston]*<br>HON. JUDGE SUSAN ILLSTON<br>United States District Judge |
| 17 | | |
| 18 | | |

2

STIPULATION AND ORDER