HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STONEWALL TOWERY, | ) Civil No. C07-04037 SI |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time of (14) days up through and including Wednesday, March 5, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (15) in and around this time period.

1

STIPULATION AND ORDER

1
2
3                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
4
5
   Dated: February 19, 2008                 /s/
6                                           ─────────────────────────────
                                            JAIME PRECIADO
7                                           Special Assistant U.S. Attorney
8
9
10
   Dated: February 19, 2008                 /s/
11                                          ─────────────────────────────
                                            HARVEY P. SACKETT
12                                          Attorney for Plaintiff
                                            STONEWALL TOWERY
13
14  IT IS SO ORDERED.
15
                                            *[signature: Susan Illston]*
16
   Dated:                                   ─────────────────────────────
17
                                            HON. JUDGE SUSAN ILLSTON
18                                          United States District Judge
19
20
21
22
23
24
25
26
27
28

                                    2
   STIPULATION AND ORDER