1   SCOTT N. SCHOOLS, SBN SC 9990
    United States Attorney
2   LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX,
3   Social Security Administration
    JAIME L. PRECIADO, SBN WI 1030911
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8943
        Facsimile: (415) 744-0134
7
    Attorneys for Defendant
8

9                      UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12
    STONEWALL TOWERY,                 )
13                                    )
            Plaintiff,                )   CIVIL NO.  07-4037 SI
14                                    )
            v.                        )   DEFENDANT'S UNOPPOSED MOTION AND
15                                    )   PROPOSED ORDER EXTENDING TIME TO
    MICHAEL J. ASTRUE,                )   RESPOND TO PLAINTIFF'S MOTION FOR
16  Commissioner of Social Security,  )   SUMMARY JUDGMENT
                                      )
17          Defendant.                )
                                      )
    _____)
18

19          Defendant, through his attorney undersigned, moves this Court for an Order granting

20  defendant an additional 30 days, to and including May 4, 2008, within which to file his response to

21  Plaintiff's Motion for Summary Judgment.  This Order is sought on ground that the workload of the

22  undersigned is extremely heavy due to staffing shortages.  Opposing counsel's office advised that it

23  does not oppose the motion.

24          This is defendant's first request.

25  ///

26  ///

27  ///

28  ///

    ///

1

SCOTT N. SCHOOLS
United States Attorney

2

3

Dated: *April 4, 2008*          By: /s/ *Jaime L. Preciado*

4

JAIME L. PRECIADO
Special Assistant United States Attorney

5

6    PURSUANT TO STIPULATION, IT IS SO ORDERED:

7

8

9

10   Dated:

11   THE HONORABLE SUSAN ILSTON
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   JAIME L. PRECIADO, SBN WI 1030911
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                       OAKLAND DIVISION
11

12  STONEWALL TOWERY,                  )
                                       )
13          Plaintiff,                 )   CIVIL NO. 07-4037 SI
                                       )
14          v.                         )   DECLARATION OF JAIME L. PRECIADO
                                       )   IN SUPPORT OF DEFENDANT'S REQUEST
15  MICHAEL J. ASTRUE,                 )   FOR EXTENSION OF TIME
    Commissioner of Social Security,   )
16                                     )
            Defendant.                 )
17  _____)

18

19  I, Jaime L. Preciado, declare and state as follows:

20       1.      I am an Assistant Regional Counsel in the Office of the General Counsel for the United

21  States Social Security Administration, Region IX.

22       2.      I am requesting a 30-day extension for filing Defendant Commissioner's response to

23
24  Plaintiff's motion for summary judgment.  On April 2, 2008, I spoke with a representative of plaintiff's

25  counsel's office, and they agreed to allow the undersigned a 30-day extension due to the heavy workload

26  of the undersigned.

27

28

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2 | Executed in San Francisco, California on April 4, 2008.

3

4

5 | By    /s/ *Jaime L. Preciado*
      Jaime L. Preciado
6      Special Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28