1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   JAIME L. PRECIADO, SBN WI 1030911
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12
   STONEWALL TOWERY,               )
13                                 )
         Plaintiff,                )
14                                 )  CIVIL NO.  07-4037 SI
         v.                        )
15                                 )  DEFENDANT'S UNOPPOSED MOTION AND
                                   )  PROPOSED ORDER EXTENDING TIME TO
   MICHAEL J. ASTRUE,              )  RESPOND TO PLAINTIFF'S MOTION FOR
16 Commissioner of Social Security,)  SUMMARY JUDGMENT (SECOND REQUEST)
                                   )
17       Defendant.                )
                                   )
18 _____

        Defendant, through his attorney undersigned, moves this Court for an Order granting
19
   defendant an additional 10 days, to and including May 14, 2008, within which to file his response to
20
   Plaintiff's Motion for Summary Judgment.  This Order is sought on ground that the workload of the
21
   undersigned is extremely heavy due to staffing shortages.  Opposing counsel advised that she does
22
   not oppose the motion.
23
        This is defendant's second request.
24
   ///
25
   ///
26
   ///
27
   ///
28
   ///

1
2                            SCOTT N. SCHOOLS
                             United States Attorney
3
4    Dated: *May 5, 2008*         By: /s/ *Jaime L. Preciado*
                                  JAIME L. PRECIADO
5                                 Special Assistant United States Attorney

6    PURSUANT TO THE MOTION, IT IS SO ORDERED:
7
8
9
10   Dated:                       _____
11                                THE HONORABLE SUSAN ILSTON
                                  United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
JAIME L. PRECIADO, SBN WI 1030911
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STONEWALL TOWERY, | ) |
|     Plaintiff, | ) CIVIL NO. 07-4037 SI |
|     v. | ) DECLARATION OF JAIME L. PRECIADO |
| MICHAEL J. ASTRUE, | ) IN SUPPORT OF DEFENDANT'S REQUEST |
| Commissioner of Social Security, | ) FOR EXTENSION OF TIME (SECOND REQUEST) |
|     Defendant. | ) |

I, Jaime L. Preciado, declare and state as follows:

    1.    I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration, Region IX.

    2.    I am requesting a 10-day extension for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment. On May 5, 2008, I emailed plaintiff's counsel and she agreed to allow the undersigned up to 30 more days to complete the responsive brief due to the heavy workload of the undersigned. The undersigned has subsequently determined that a 10-day extension will permit enough time to complete the responsive brief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California on May 5, 2008.

        By /s/ *Jaime L. Preciado*
           Jaime L. Preciado
           Special Assistant United States Attorney