1  HARVEY P. SACKETT (72488)

2  SACKETT
   AND ASSOCIATES
3  A PROFESSIONAL LAW CORP.

   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11

12                    NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14  STONEWALL TOWERY,              )  Civil No. C07-04037 SI
                                   )
15              Plaintiff,         )
                                   )
16  v.                             )  STIPULATION AND ORDER
17                                 )
                                   )
18  MICHAEL J. ASTRUE,             )
    Commissioner, Social Security  )
19  Administration,                )
                                   )
20                                 )
              Defendant.           )
21  _____)

22

23          Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

24  Plaintiff shall have an extension of time of (30) days up through and including Thursday,

25  June 26, 2008 in which to e-file his Response to Defendant's Cross-Motion for Summary

26  Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel

27  currently needs to brief for this court (10) in and around this time period.

28

                                   1
    STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

(verbal authorization given by
by Mr. Preciado)

Dated: May 27, 2008                    /s/ _____
                                       JAIME PRECIADO
                                       Special Assistant U.S. Attorney

Dated: May 27, 2008                    /s/ _____
                                       HARVEY P. SACKETT
                                       Attorney for Plaintiff
                                       STONEWALL TOWERY

IT IS SO ORDERED.

Dated: _____

                                       HON. JUDGE SUSAN ILLSTON
                                       United States District Judge

2

STIPULATION AND ORDER