HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| STONEWALL TOWERY, | ) | Civil No. C07-04037 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Thursday, June 26, 2008 in which to e-file his Response to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (10) in and around this time period.

STIPULATION AND ORDER

| | |
|---|---|
| 1 | |
| 2 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | |
| 4 | (verbal authorization given by<br>by Mr. Preciado) |
| 5 | |
| 6 | Dated: May 27, 2008     /s/_____<br>JAIME PRECIADO |
| 7 | Special Assistant U.S. Attorney |

Dated: May 27, 2008   /s/_____
HARVEY P. SACKETT
Attorney for Plaintiff
STONEWALL TOWERY

IT IS SO ORDERED.

Dated: _____
HON. JUDGE SUSAN ILLSTON
United States District Judge

STIPULATION AND ORDER

2