IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONEWALL TOWERY, | No. C 07-4037 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. / | |

Plaintiff's motion for summary judgment is granted, defendant's motion for summary judgment is denied, and the action is remanded to the Social Security Administration for further proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 19, 2008

SUSAN ILLSTON
United States District Judge