**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STONEWALL TOWERY,                                    No. C 07-4037 SI

      Plaintiff,                                          **JUDGMENT**

  v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

      Defendant.
_____/

    Plaintiff's motion for summary judgment is granted, defendant's motion for summary judgment is denied, and the action is remanded to the Social Security Administration for further proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 19, 2008

                                                                         SUSAN ILLSTON
                                                                         United States District Judge