1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   JAIME L. PRECIADO, SBN WI 1030911
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8

9                     UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12
   STONEWALL TOWERY,                    )
13                                      )
            Plaintiff,                  )   CIVIL NO.  07-4037 SI
14                                      )
            v.                          ) STIPULATION AND ORDER AWARDING
15                                      ) ATTORNEY'S FEES UNDER THE EQUAL
   MICHAEL J. ASTRUE,                   ) ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))
16 Commissioner of Social Security,     )
                                        )
17          Defendant.                  )
   _____)
18

19
20         IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to

21 the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice

22 Act in the amount of SIXTY-ONE HUNDRED DOLLARS AND NO CENTS ($6,100.00).  This

23 amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in

24 connection with this civil action for services performed before the district court in accordance with

25 28 U.S.C. §§ 1920 and 2412(d).

26         This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

27 fees and does not constitute an admission of liability on the part of Defendant under the EAJA.

28 Payment in the aforementioned sum of SIXTY-ONE HUNDRED DOLLARS AND NO CENTS

   ($6,100.00)  under EAJA shall constitute a complete release from and bar to any and all claims,

   rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred in

1    this action under EAJA.

2            The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's

3    counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to

4    the offset provisions of the law.

5                                                    Respectfully submitted,

6
     Dated: October 6, 2008                          /s/ Betty Herrera
7                                                    (As authorized via facsimile)
                                                     BETTY HERRERA
8                                                    Attorney for Plaintiff

9

10   Dated: October 6, 2008                          JOSEPH P. RUSSONIELLO
                                                     United States Attorney
11                                                   LUCILLE GONZALES MEIS
                                                     Regional Chief Counsel, Region IX
12                                                   Social Security Administration

13

14                                                   /s/ Jaime L. Preciado
                                                     JAIME L. PRECIADO
15

16
     IT IS SO ORDERED:
17

18   Dated:

19
                                                     THE HONORABLE SUSAN ILLSTON
20                                                   United States District Judge

21

22

23

24

25

26

27

28